UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Fingerhut Business Services, Inc.,

Plaintiff,

v.

Walmart.com, Inc.,

Defendants.

Civil File No. 01-1261 (JNE/JSM)

**NOTICE OF APPEARANCE**

Please be advised that Angela M. Hall, of the law firm Dorsey & Whitney LLP, 50 South Sixth Street, Suite 1500, Minneapolis, Minnesota 55402, hereby enters her appearance in the above-captioned matter on behalf of defendants Walmart.com, Inc.

Dated: September 13, 2004

DORSEY & WHITNEY LLP

By s/Angela M. Hall ____________________
Perry M. Wilson, III #012302X
Angela M. Hall #0311066
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600

Attorneys for Defendant Walmart.com, Inc.