# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Fingerhut Business Services, Inc., | ) | Case No: 01-cv-1261 (JNE/JSM) |
| Plaintiff, | ) | |
| v. | ) | **NOTICE OF APPEARANCE** |
| Wal-Mart.com, Inc., | ) | |
| Defendant. | ) | |

Pursuant to Rule 83.7(b) of the Local Rules of the United States District Court for the District of Minnesota, the undersigned attorney hereby notifies the Court and counsel that **Kathrine M. Wilhoit** shall appear as counsel of record for **Plaintiff Fingerhut Business Services, Inc**., in this case.

Dated: September 14, 2004

**OPPENHEIMER WOLFF & DONNELLY LLP**

s/Kathrine M. Wilhoit

Edward M. Laine, #59,535
Kathrine M. Wilhoit, #0313853
Plaza VII, Suite 3300
45 South Seventh Street
Minneapolis, MN 55402-1609
Telephone: (612) 607-7000
Facsimile: (612) 607-7100
E-Mail: kwilhoit@oppenheimer.com