**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

**CERTIFICATE OF SERVICE**

I hereby certify that on the **14th** day of **SEPTEMBER**, **2004**, I served a copy of the following document: **NOTICE OF APPEARANCE** to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Perry M. Wilson, III; wilson.perry@dorseylaw.com
DORSEY & WHITNEY LLP
Suite 1500
50 South Sixth Street
Minneapolis, MN 55402-1498

Counsel for Defendants WAL-MART.COM

Dated: September 14, 2004

s/Edward M. Laine
**EDWARD M. LAINE** **59,535**
Attorneys for Plaintiff
FINGERHUT BUSINESS SERVICES, INC.
**OPPENHEIMER WOLFF & DONNELLY LLP**
45 South Seventh St., Suite 3300
Minneapolis, Minnesota 55402-1609
Telephone: (612) 607-7000
Fax Telephone: (612) 607-7100
Email: Elaine@oppenheimer.com

Case Name: FINGERHUT BUSINESS SERVICES, INC. v. WAL-MART.COM
Civil File No.: 01-CV-1261 (JNE/JSM)