# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Fingerhut Business Services, Plaintiff, | ) | COURT MINUTES - CIVIL<br>BEFORE: JANIE S. MAYERON<br>U.S. Magistrate Judge |
| v. | ) | Case No: 01-1261 (JNE/JSM)<br>Date: October 20, 2004 |
| Wal-Mart.Com, Inc., Defendant. | ) | Court Reporter:<br>Time Commenced: 1:30 p.m.<br>Time Concluded: 4:00 p.m.<br>Time in Court: 2 Hours & 30 Minutes |

Hearing on: **Settlement**

APPEARANCES:

Plaintiff: Edward Laine, Esq.
Defendant: Perry Wilson, Esq.

PROCEEDINGS:

☒ No settlement reached.

s/Katie Haagenson
Judicial Assistant