# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Fingerhut Business Services, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>Wal-Mart.com, Inc.,<br><br>Defendant. | **Case No:** 01-cv-1261 (JNE/JSM)<br><br>**FINGERHUT BUSINESS SERVICES, INC. AMENDED RULE 7.1 DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure requiring a corporate disclosure statement, Plaintiff Fingerhut Business Services, Inc. is a Minnesota corporation which has a parent corporation, and a public corporation has an ownership interest greater than ten percent (10%).

On September 26, 2002, Plaintiff Fingerhut Business Services, Inc. merged into Fingerhut Corporation. On September 27, 2002, Fingerhut Corporation merged into Fingerhut Companies, Inc. On September 27, 2002, Fingerhut Companies, Inc. changed its name to CF Companies, Inc. On January 31, 2003, CF Companies, Inc. assigned its rights and liabilities, including its right to recovery in the above-captioned lawsuit, to Federated Corporate Services, Inc., a Delaware corporation. Federated Department Stores, Inc. is the parent corporation of Federated Corporate Services, Inc., and is a New York stock exchange publicly traded company.

Dated: October 22, 2004.

**OPPENHEIMER WOLFF & DONNELLY LLP**

By s/ Edward M. Laine
Edward M. Laine, #59535
Katherine M. Wilhoit, #313853
Plaza VII, Suite 3300
45 South Seventh Street
Minneapolis, MN 55402
Telephone: (612) 607-7000
Facsimile: (612) 607-7100

Lori V. Douglas
Assistant Counsel
Federated Department Stores
Regional Law Department
219 Perimeter Center Parkway, Suite 511
Atlanta, Georgia 30346
Telephone: (770) 913-5512

***ATTORNEYS FOR PLAINTIFF***
***FINGERHUT BUSINESS SERVICES, INC.***