**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Fingerhut Business Services, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>Wal-Mart.com, Inc.,<br><br>Defendant. | Case No: 01-cv-1261 (JNE/JSM)<br><br>**PLAINTIFF FINGERHUT BUSINESS SYSTEMS, INC.'S PROPOSED WITNESS LIST** |

Pursuant to U.S. District Court for the District of Minnesota Local Rule 39.1, and Fed. R. Civ. P. 26(a)(3)(A) and (B) Plaintiff Fingerhut Business Systems, Inc. ("Fingerhut") hereby identifies the following trial witnesses.

**Witnesses Fingerhut expects to present at trial:**

1. Gary Bledsoe – Former Senior Vice President of Client Services and Group Chief Information Officer at Fingerhut. Mr. Bledsoe is familiar with Fingerhut's fulfillment business and all aspects of the Fulfillment Services Agreement and is expected to testify regarding its negotiation and performance, as well as both the purpose of and the intention of the parties regarding the Minimum Services Fee. He has knowledge concerning Wal-Mart's nonperformance and the consequences thereof.

2. William Bretherton – Former Director of Account Management for Fingerhut Businesses. Mr. Bretherton is familiar with the relationship of the parties, all aspects of Fingerhut's fulfillment business and the Fulfillment Services Agreement and is expected to testify regarding its negotiation and performance, as well as the purpose of and the intention of the parties regarding the Minimum Services Fee. He has knowledge concerning Wal-Mart's nonperformance and the consequences thereof.

3. Michael Murray – Former Senior Vice President of Operations/Distribution at Fingerhut. Mr. Murray is expected to testify regarding the Utah facility where Fingerhut performed the Fulfillment Services Agreement, and regarding the negotiation and performance of the

Fulfillment Services Fee. He has knowledge concerning Wal-Mart's nonperformance and the consequences thereof.

4. Lee Wilwerding by deposition or adverse witness – Former Director of Interactive Logistics for Wal-Mart Stores, Inc. Mr. Wilwerding is expected to testify regarding the negotiation of the Fulfillment Services Agreement.

5. John Rittenhouse by deposition or adverse witness – Former Chief Logistics Officer for Wal-Mart.com, Inc. Mr. Rittenhouse is expected to testify regarding the negotiation and performance of the Fulfillment Services Agreement.

**Witnesses Fingerhut may call if the need arises:**

6. Glenn Carnahan – Former Controller for Fingerhut. Mr. Carnahan is expected to testify, if at all, regarding the financial implications of Wal-Mart's performance under the Fulfillment Services Agreement and Wal-Mart's failure to pay the Minimum Services Fee.

7. Kevin Harguth – Formerly had accounting responsibilities at Fingerhut. Mr. Harguth is expected to testify, if at all, regarding the financial implications of Wal-Mart's performance under the Fulfillment Services Agreement and Wal-Mart's failure to pay the Minimum Services Fee.

8. Lisa Schleicher – Former Fingerhut Account Manager responsible for the Wal-Mart account during the relevant time period. Ms. Schleicher is familiar with the relationship of the parties and is expected to testify, if at all, regarding the Wal-Mart account, the services provided and relevant communications.

9. Loren Eggert – Former General Manager of Fingerhut's Utah facility. Mr. Eggert is expected to testify, if at all, regarding the day-to-day operations of the Utah facility and the parties' relationship and contract.

10. Tom Cole – Chairman and CEO of Federated Department Stores, Inc. Mr. Cole is expected to testify, if at all, regarding Fingerhut's fulfillment services, the parties' performance under the Fulfillment Services Agreement, and communications between the parties.

Fingerhut reserves the right to call rebuttal witnesses.

Respectfully submitted,

Dated: October 22, 2004.

**OPPENHEIMER WOLFF & DONNELLY LLP**

By s/ Edward M. Laine
Edward M. Laine, #59535
Katherine M. Wilhoit, #313853
Plaza VII, Suite 3300
45 South Seventh Street
Minneapolis, MN 55402
Telephone: (612) 607-7000
Facsimile: (612) 607-7100

Lori V. Douglas
Assistant Counsel
Federated Department Stores
Regional Law Department
219 Perimeter Center Parkway, Suite 511
Atlanta, Georgia 30346
Telephone: (770) 913-5512

***ATTORNEYS FOR PLAINTIFF***
***FINGERHUT BUSINESS SERVICES, INC.***