UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| Fingerhut Business Services, Inc.,<br>Plaintiff,<br>v.<br>Wal-Mart.com, Inc.,<br>Defendant. | Case No: 01-cv-1261 (JNE/JSM)<br><br>**PLAINTIFF FINGERHUT BUSINESS SYSTEMS, INC.'S DESIGNATION OF DEPOSITION TESTIMONY** |

If not made available for adverse examination at trial, Plaintiff designates the following deposition testimony of John Rittenhouse and Lee Wilwerding.

**John Rittenhouse**

p. 5, l. 2 – p. 7, l.3
p. 8, l. 3 – p. 19, l. 25
p. 20, l. 10 – p. 22, l. 6
p. 22, ll. 10-17
p. 23, l. 12 – p. 27, l. 13
p. 27, l. 25 – p. 33, l. 14
p. 34, ll. 5-20
p. 34, l. 25 – p. 41, l. 3
p. 54, l. 21 – p. 63, l. 13
p. 63, l. 16 – p. 66, l. 13
p. 67, l. 21 – p. 69, l. 20
p. 75, l. 18 – p. 76, l. 2
p. 76, ll. 12-15
p. 76, l. 18 – p. 77, l. 12
p. 78, ll. 4-8
p. 78, l. 11 – p. 79, l. 2
p. 79, l. 9 – p. 80, l. 4

p. 80, ll. 13-24

p. 82, l. 22 – p. 83, l. 5

p. 83, ll. 9-10

p. 83, ll. 12-22

p. 84, ll. 3-17

p. 85, ll. 4-21

p. 85, l. 24 – p. 86, l. 1

p. 93, ll. 3-14

**Lee Wilwerding**

p. 3, l. 5 – p. 5, l. 10

p. 7, ll. 16 – 22

p. 8, l. 12 – p. 10, l. 10

p. 11, l. 9 – p. 13, l. 21

p. 14, l. 14 – p. 16, l. 19

p. 18, l. 12 – p. 20, l. 15

p. 20, l. 23 – p. 24, l. 9

p. 32, ll. 6 – 19

p. 32, l. 23 – p. 33, l. 23

p. 34, l. 12 – p. 36, l. 14

p. 36, l. 17 – p. 37, l. 5

p. 38, ll. 4 – 18

p. 39, l. 17 – p. 41, l. 11

p. 41, l. 24 – p. 44, l. 8

p. 46, l. 5 – p. 47, l. 2

p. 48, l. 13 – p. 49, l. 15

p. 60, ll. 4-11

p. 62, l. 1 – p. 65, l. 21

p. 71, l. 7 – p. 73, l. 2

p. 73, l. 25 – p. 75, l. 1

p. 78, l. 16 – p. 79, l. 20

p. 80, l. 24 – p. 81, l. 15

p. 82, l. 15 – p. 83, l. 25

p. 85, l. 20 – p. 86, l. 2

p. 88, ll. 6 – 15

p. 91, l. 12 – p. 93, l. 16

p. 94, ll. 1 – 12

p. 95, ll. 2 – 10

p. 95, l. 23 – p. 96, l. 3

p. 102, l. 25 – p. 104, l. 1

Respectfully submitted,

Dated: October 22, 2004.

**OPPENHEIMER WOLFF & DONNELLY LLP**

By s/ Edward M. Laine
Edward M. Laine, #59535
Katherine M. Wilhoit, #313853
Plaza VII, Suite 3300
45 South Seventh Street
Minneapolis, MN 55402
Telephone: (612) 607-7000
Facsimile: (612) 607-7100

Lori V. Douglas
Assistant Counsel
Federated Department Stores
Regional Law Department
219 Perimeter Center Parkway, Suite 511
Atlanta, Georgia 30346
Telephone: (770) 913-5512

***ATTORNEYS FOR PLAINTIFF FINGERHUT BUSINESS SERVICES, INC.***