**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Fingerhut Business Services, Inc.,<br>Plaintiff,<br>v.<br>Wal-Mart.com, Inc.,<br>Defendant. | Case No: 01-cv-1261 (JNE/JSM)<br><br>**AFFIDAVIT OF KATHERINE M. WILHOIT IN SUPPORT OF PLAINTIFF FINGERHUT'S MOTION IN LIMINE TO EXCLUDE EVIDENCE REGARDING E-TOYS, INC.** |

Katherine M. Wilhoit, being duly sworn, deposes and says:

1. I am an attorney at Oppenheimer Wolff & Donnelly LLP, counsel for plaintiff Fingerhut Business Services, Inc. ("Fingerhut") in the above-captioned matter. I submit this affidavit in support of Plaintiff Fingerhut's Motion in Limine to Exclude Evidence Regarding E-Toys, Inc. in the above-captioned matter.

2. Attached hereto as Exhibit A is a true and correct copy of Defendant Wal-Mart.com, Inc.'s Memorandum in Opposition to FBSI's Motion for Summary Judgment.[1]

3. Attached hereto as Exhibit B is a true and correct copy of *Fingerhut Business Services, Inc. v. Etoys, Inc.*, Civ. No. 01-0064 JRT/FLN, 2001 WL 1640075 (D. Minn. Sept. 6, 2001), attached as Exhibit 4 to the Affidavit of Jonathan A. Strauss, filed in support of Wal-Mart.com, Inc.'s Memorandum in Opposition to FBSI's Motion for Summary Judgment.

4. Attached hereto as Exhibit C is a true and correct copy of excerpts from the depositions of Gary L. Bledsoe and William Bretherton, both taken on March 8, 2002.

---

[1] Counsel for Wal-Mart and Fingerhut have orally agreed that designations made pursuant to the parties' Protective Order may be disregarded for purposes of this trial.

5. Attached hereto as Exhibit D is a true and correct copy of correspondence dated March 3, 2000, from Gary Bledsoe to Glenn Habern (F 000913 – F 000915).

6. Attached hereto as Exhibit E is a true and correct copy of a Wal-Mart internal Power-point presentation entitled, "H2K Logistics Plan," produced by Wal-Mart to Fingerhut in connection with the above-captioned matter (WM 200138 – WM 200151).

7. Attached hereto as Exhibit F is a true and correct copy of *Figueroa v. Boston Scientific Corp.*, No. 00 Civ. 7922 (DC), 2003 WL 21488012 (S.D.N.Y. June 27, 2003).

8. Attached hereto as Exhibit G is a true and correct copy of *McLeod v. Parsons Corp.*, Nos. 01-6070, 01-6071, 73 Fed. Appx. 846, 2003 WL 22097841 (6th Cir. 2003).

FURTHER AFFIANT SAYETH NOT.

s/ Katherine M. Wilhoit
Katherine M. Wilhoit

SWORN TO AND SUBSCRIBED before me
this 22nd day of October, 2004.

______________________________
Notary Public