**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Fingerhut Business Services, Inc., Plaintiff, v. Wal-Mart.com, Inc., Defendant. | Case No: 01-cv-1261 (JNE/JSM) **EXHIBIT INDEX** **(AFFIDAVIT OF KATHERINE M. WILHOIT IN SUPPORT OF PLAINTIFF FINGERHUT'S MOTION IN LIMINE TO EXCLUDE EVIDENCE REGARDING E-TOYS, INC.)** |

**EXHIBIT INDEX**

A. Defendant Wal-Mart.com, Inc.'s Memorandum in Opposition to FBSI's Motion for Summary Judgment

B. *Fingerhut Business Services, Inc. v. Etoys, Inc.*, Civ. No. 01-0064 JRT/FLN, 2001 WL 1640075 (D. Minn. Sept. 6, 2001), attached as Exhibit 4 to the Affidavit of Jonathan A. Strauss, filed in support of Wal-Mart.com, Inc.'s Memorandum in Opposition to FBSI's Motion for Summary Judgment.

C. Excerpts from the depositions of Gary L. Bledsoe and William Bretherton, both taken on March 8, 2002.

D. Crrespondence dated March 3, 2000, from Gary Bledsoe to Glenn Habern (F 000913 – F 000915).

E. Wal-Mart internal Power-point presentation entitled, "H2K Logistics Plan," produced by Wal-Mart to Fingerhut in connection with the above-captioned matter (WM 200138 – WM 200151).

F. *Figueroa v. Boston Scientific Corp.*, No. 00 Civ. 7922 (DC), 2003 WL 21488012 (S.D.N.Y. June 27, 2003).

G. *McLeod v. Parsons Corp.*, Nos. 01-6070, 01-6071, 73 Fed. Appx. 846, 2003 WL 22097841 (6th Cir. 2003).