UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

- - - - - - - - - - - - - - - - - - - - - - - - -

FINGERHUT BUSINESS SERVICES, INC.,

PLAINTIFF,

VS.

COURT FILE NO. 01-1261 DDS/SRN

WAL-MART.COM, INC.,

DEFENDANT.

- - - - - - - - - - - - - - - - - - - - - - - - -

DEPOSITION OF

GARY L. BLEDSOE

MARCH 8, 2002

9:30 A.M.

COPY

**DISK ENCLOSED**

REPORTED BY: JAMES M. TRAPSKIN
RPR, CM, CALIF. CSR 8407
2205-30TH AVENUE SOUTH
MINNEAPOLIS, MINNESOTA 55406
(612) 722-9947 * FAX NO. (612) 722-6851

**EXHIBIT C**

you will be talking to later.
Q. He's been there longer than you have?
A. Yeah, he has.
Q. Now did he report to you?
A. Yes.
Q. Have you ever testified in a arbitration or court proceeding before?
A. No.
Q. Did you have any involvement in the E-Toys arbitration?
A. No.
Q. Did you have any involvement with a customer of FBSI that was called E-Toys?
A. Yes.
Q. What in general was your involvement there?
A. As the vice president in charge of client services, it was my job to -- one of my jobs was to make sure that, that any issues that we had with the client we -- their issues or our issues -- is that we were on top of those issues and getting those resolved as fast as possible.
Q. So you dealt with them in the capacity that they had issues?
A. Issues and, and making, coordinating the





support we were providing them to make sure it was proper.
Q. And was that a customer, was E-Toys a customer that you participated in the negotiation of the contract for?
A. No, I was not.
Q. Do you know who did that contract?
A. I don't know who did that contract.
Q. Now as I understand your testimony in your Affidavit, the pricing and the assumptions that related to the first contract with Wal-Mart had some problems, is that right?
A. That's correct.
Q. One of the problems was that the estimated number of packages that would be shipped was overestimated?
A. That's --
Q. In other words, the volume was overestimated?
A. That's correct.
Q. Another problem was that the number of items that would be shipped in a package was underestimated --
A. Correct.
Q. -- right? Now were there other problems with the way that contract was priced?





A. Yes.
Q. What were they?
A. We did not price the contract to ship and handle hazardous materials and we ended up having to doing that.

The mix of merchandise between palletized merchandise and individual cases which can -- some can be conveyorized, obviously, and some cannot -- was dramatically different.

The number of single packages -- single items in a package versus multiitems in a package were much different, which is another metric and determines how effectively and then how much productivity you can gain in moving goods through the warehouse.

The projections on the number of receipts that we would receive from them in terms of new merchandise that would be coming in were always erroneous.

The information by which we were to record receipts which they -- which required them to provide us with purchase orders with the SKU definition of every item that was coming in in a timely fashion so that we can -- we would not have to hold trucks on the dock, we could move





trucks right in and begin receiving them because we had the right information, was very often late, very often inaccurate, and therefore added a, a significant burden of cost on us to hold shipments, to sort through shipments, to break them apart just to be able to move a certain amount of goods.

There was a point in time in the fall of 1999 where between the two of them, between E-Toys and Wal-Mart, they completely had our dock blocked. We could not move any goods because we had so many shipments without information that we couldn't move them anywhere in the warehouse to store them. So those were typical kinds of problems that we had.
Q. Now were these problems limited to Wal-Mart? You mentioned E-Toys, you had similar types of problems with E-toys?
A. With E-Toys, most of the problems were about -- of that nature were around not so much on the forecast side and that sort of thing. Our problems with Wal-Mart was more in the area of, of getting information in advance for receipts that we needed to process so we could get the goods moved in and stored. They were very

similar in that regard.
Q. I think you misspoke. I think you said the problem with the Wal-Mart.
Did you mean to say the problems with the E-toys?
A. E-Toys, I'm sorry. Thank you. The problems with E-Toys.
Q. Now were these problems, were they a function of the fact that this was a new area for Wal-Mart? In other words, they hadn't had a Web site and had ordering off a Web site so they don't know what volume, what type of product, that kind of thing?
A. It's a new business, absolutely.
Q. So this was a new business not only for Wal-Mart but for lots of people.
A. Yes.
Q. And in than sense, then, the forecasting of this type of business is just inherently difficult, isn't it?
A. It is. And the other thing I would add to that is that it makes it difficult to sign an initial contract with somebody, as was done, with all these speculative metrics that were going to prevail once the business started



Left Blank Intentionally

UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

- - - - - - - - - - - - - - - - - - - - - - - - -

FINGERHUT BUSINESS
SERVICES, INC.,

PLAINTIFF,

VS. COURT FILE NO.
01-1261 DDS/SRN

WAL-MART.COM, INC.,

DEFENDANT.

- - - - - - - - - - - - - - - - - - - - - - - - -

DEPOSITION OF

WILLIAM BRETHERTON

MARCH 8, 2002

1:00 P.M.

COPY

REPORTED BY: JAMES M. TRAPSKIN
RPR, CM, CALIF. CSR 8407
2205-30TH AVENUE SOUTH
MINNEAPOLIS, MINNESOTA 55406
(612) 722-9947 * FAX NO. (612) 722-6851

A. Yes.
Q. Did you testify at the trial?
A. Yes, I did.
Q. Did you win?
A. Yes, we did.
Q. You said you testified in another deposition?
A. Same -- for the same, same purpose, twice for the same.
Q. Those are the only two times you've been deposed?
A. Yes, sir.
Q. Were you deposed or did you testify in an arbitration regarding the E-Toys dispute with Fingerhut?
A. No, sir.
Q. How did you prepare for this deposition?
A. I reviewed some of the, my files, the contract, copies that we had, various drafts, the final contract again. The first contract. Tried to just reacquaint myself with, with what I had on hand.
Q. Those are files from your files at work?
A. Yes.
Q. Have you provided copies of those files to your counsel?



Left Blank Intentionally

Left Blank Intentionally



Q. -- you think. So it was pretty new when Wal-Mart came in, it was a pretty new facility?
A. "New" in what sense?
Q. Operations were generally new there, they'd only been going on for about a year?
A. Year and a half.
Q. Who were the customers in that building?
A. Wet Seal, Intuit, E-Toys. And Mountain Zone came in in 1999. Wal-Mart. Banta, B-A-N-T-A, was a tenant primarily for space. Not provide -- they did not provide fulfillment service for Banta, they were partnering with us on the Intuit account. That would be it.
Q. Did all the orders for those companies you just listed come in from online orders?
A. In the case of the Wet Seal, it started as a catalogue so they came in via paper or phone.
In the case of Wal-Mart, they all came in via online.
In the case of E-Toys online, some phone.
In the case of Intuit, all online via file transfer but not, not online via the Internet, just a file transfer once a day from their mainframe to, to us. So a combination of catalogue and, and Internet.





Q. E-Toys was a relatively new company at that point?
A. I'm not -- I, I -- yeah, yes, I think it was a fairly new company. I don't know how long they had been in business when, when they came to us or we had -- became a client.
Q. It's an online toy company, right?
A. Yes, uh-huh.
Q. So it's somewhat difficult to forecast their volume, is that right?
A. They would have done the forecasting. I mean, they would have provided forecasts.
Q. Well, did the forecasts change a lot?
A. I don't recall, actually. Because they had had some period of time under their belts from a previous, you know, previous year's history. But I don't, I don't recall them changing the forecast at all.
Q. Were they always able to meet the forecasts they provided?
A. Not always.
Q. How about Wal-Mart.com, that was pretty new to online merchandising, right?
A. As I understand it.
Q. They had just launched a new Web site in 1999,