FBSI
FINGERHUT BUSINESS SERVICES, INC
4400 Baker Road
Minnetonka, MN 55343
(612) 932-3100
Fax (612) 936-5106
www.4fbsi.com

March 3, 2000

Mr. Glenn Habern
Wal-Mart Stores Inc.
1300 S.W. 8th Street
Bentonville, Arkansas 72716

Dear Glenn,

I wanted to re-cap the discussions we had in our conference call last Wednesday, February 23rd, and give you some impressions from our meetings with the Wal-mart.com folks in Utah on the following Thursday. First of all, on behalf of John Buck and myself, I would like to thank you for your time and the cooperative spirit of our discussions. We take your feedback very seriously and we want you to know that our Wal-Mart partnership is extremely important to us. Working together, we have an opportunity for a true win-win relationship and we want to preserve that opportunity. It was obvious in our meetings on Thursday with the new folks from Wal-Mart.com that they, too, want to continue to develop and build on our partnership.

As we discussed during our call, there have been a number of changes in the key business metrics for Wal-Mart that have really increased our costs at FBSI. The key changes you will remember as follows:

1. Number of SKU's
   Originally together we estimated the number of SKU's to be about 10,000 and currently FBSI is carrying over 25,000 SKU's with that number expected to increase. To date, FBSI has actually supported the set-up of over 31,000 SKU's.

2. Units Per Label
   The contract was priced at 1.7 units per label and this has now grown to an average of 2.2 units per label. During our conversation and the meetings held in Utah, the current thinking is that this could rise to 6 units per label.

3. Non-Conveyable Merchandise
   Based on Wal-Mart's initial estimates, FBSI understood that approximately 70% of the merchandise would be conveyable and therefore could be processed using the tilt tray conveyor system in Utah. Now it appears that the majority of merchandise will not be conveyable.

Wal-Mart
EXHIBIT NO. 3
3-8-02
James M. Trapskin

CONFIDENTIAL
F 000913

EXHIBIT D

4. ORM-D Products
These products were not included in our original assumptions and we are now processing this type of merchandise. As you are aware, this type of product requires special handling and shipping and is more costly than regular merchandise.

5. Package Shipment Volume
FBSI estimated, per your forecast, that we would be shipping 10,000 plus packages per day after the January launch. We converted a lot of our temporary staff to permanent staff in preparation for that volume. The current volumes are running in the area of 8,000-10,000 per month and we are now laying off over 300 staff along with several managers and supervisors. This has been extremely costly for us not to mention the wasted training time.

6. Pallet Location Charges
We priced the charges for pallet locations at $5.00 per location. Our costs for each pallet location are close to $7.50 (I mis-quoted this cost at $7.00 during our call and I apologize for that).

7. Postage Rates
We originally understood that you would be shipping your packages through the use of USPS. You now have decided to ship via Airborne Express and it's a shipping method that is very manually intensive. The automation of this method will require over 3,000 hours of system development, and it will need to be done before we start experiencing a lot of volume. This is a cost that Wal-Mart will have to bear, although we may have an opportunity to reduce the cost if we can change some of the requirements.

8. Receiving Costs
Receiving of merchandise for Wal-Mart has been much more costly for FBSI than originally anticipated. The information necessary for receiving has been inconsistent and not always timely. The way we receive the information from Wal-Mart causes much re-work on the part of our set-up people. We really need to price this work separately and work together to reduce our mutual costs in this area.

During our phone conversation, we discussed our need to re-price certain elements of the contract in order to make this a mutually rewarding relationship. FBSI lost considerable money servicing the Wal-Mart account in 1999 and the prospects for 2000 look equally as bad, if not worse, unless Wal-Mart is willing to adjust the contract and make this a true partnership.

We proposed that we make the following contract changes:

1. Establish minimum label quantities that Wal-Mart will guarantee to be processed from the Utah facility. This would be calculated at 55 labels per SKU carried in the warehouse. At the current levels of 25,000 SKU's the guaranteed minimum would be approximately 1,375,000 labels on a basis of a 75% minimum. Frankly, these guarantees



CONFIDENTIAL
F 000914

are the only way we can reserve capacity and space for you to ensure that we can handle the Fall-Winter volumes you are forecasting.

2. We will move to a tiered pricing approach to ensure that we can accommodate the variable nature of the number of units we process for each shipment. We will price this at $1.60 for the first unit in each package and $.60 for each additional unit.

3. Receipts will be priced at $.30 per stocking label or case.

4. Pallet charges will be increased from the current rate of $5.00 per pallet location to our current new contract-pricing rate of $10.00 per pallet location.

5. All ORM-D shipments will be priced at an additional $.25 per shipment to cover the cost of all of the required special handling.

6. SKU set-up will be charged at the rate of $2.00 per SKU, which is consistent with our other clients and priced the same rate as we have in the proposed contract for Sam's Club.

Finally, as we work together to plan the ramp-up of the Wal-Mart.com order volumes, we would like you to consider helping us offset our training costs, as we once again begin bringing in new staff. This was a significant expense for us in 1999 during the fourth quarter, and we thought that was behind us heading into 2000. However, with the low order volumes and as mentioned earlier in this memo, we have had to reduce our trained staff considerably.

Glenn, I once again would like to thank you for your business and re-emphasize how important we view the relationship we have with Wal-Mart. You are our marquis client and we want very much to continue and build on our partnership. John and I are both very confident that if we work together we can make this relationship a huge success for both of us. It's important for us to move forward with these discussions as soon as possible since we are also marketing to other clients and we want to be sure we have reserved the proper capacity to service the Wal-Mart.com anticipated volumes. I look forward to our next discussions and hope that we can make some significant progress on getting these issues resolved in the very near term.

Sincerely,

Gary Bledsoe

Gary Bledsoe
Senior Vice President, Group CIO FBSI

cc: John Buck, Lee Wilwerding, Gina Grothe, Jim Flach, Tom Stromberg



CONFIDENTIAL
F 000915

** TOTAL PAGE.04 **