Attorneys' Eyes Only

# H2K LOGISTICS PLAN

DEPOSITION EXHIBIT 10

PENGAD-Bayonne, N. J.

CONFIDENTIAL
WM 200138

**EXHIBIT E**

# GENERAL

# MERCHANDISE

(CURRENTLY REPRESENTS 70% OF ORDER VOLUME)

Attorneys' Eyes Only

CONFIDENTIAL
WM 200139

# Fulfillment Capacities

## Packages Per Day

| | |
|---|---|
| **Fingerhut** | **20-25,000** |
| **Airborne** | **12-15,000** |
| **Dark Store** | **3-5,000** |

**Basket mix/SKU count impact packages per day capacities**

Attorneys' Eyes Only

CONFIDENTIAL
WM 200140

# Fulfillment Capacities
## Product Mix

**Fingerhut (UTAH)**
- **Full General Merchandise product mix less large/ heavy items**

**Airborne (OHIO)**
- **Full General Merchandise product mix less Apparel & Cosmetics**

**Dark Store (Georgia or Texas)**
- **Large/Heavy Items**

Attorneys' Eyes Only

CONFIDENTIAL
WM 200141

# Fulfillment Capacities

## Product Mix

- **Q4 Forecasts**
  - **Sales forecasts by category required by Mid- May**
  - **Planning meeting to develop 2000 sales plan scheduled for this week**

Attorneys' Eyes Only

# Transportation/Delivery

- **Standard ( 5-8 Day Promise)**
  - Airborne@home
  - Service performance 3-5 day delivery
  - Use more regional hubs
- **Premium (3-5 Day Promise)**
  - Airborne@home
  - Closer to Christmas switch to UPS Blue
- **Express (2-3 Day Promise)**
  - From Utah- UPS red
  - From Ohio-Airborne Express

Attorneys' Eyes Only

CONFIDENTIAL
WM 200143

# REGIONAL SORT HUBS




**All Regional Hubs are connected by ground to ILN except NEH, WSH, FTH, and FSC.**

AIRBORNE EXPRESS

Attorneys' Eyes Only

CONFIDENTIAL
WM 200144

# Transportation / Delivery

## Christmas Guarantee Projected Cutoffs

- **Standard - 18 December**
- **Premium - 20 December**
- **Express - 21/22 December**
- **APO/FPO - 13 December**
- **LTL - 13 December**

Attorneys' Eyes Only

CONFIDENTIAL
WM 200145

# Fulfillment Requirements

- Address Standardization integrated into site by 1 August
- Order Splitting Logic on Back-End by 1 August
  - Design scheduled for completion 5 May
  - Coding scheduled for completion 16 June
- Christmas Cutoffs posted to Site by 22 November

Attorneys' Eyes Only

CONFIDENTIAL
WM 200146

# Transportation / Delivery to Do's

Coordinate With:

- **USPS for APO/FPO Christmas Ship Windows & Service Options**
- **Airborne@Home for Hub capabilities & capacities**
- **UPS for volume forecasting from Utah**
- **Yellow Freight LTL Christmas Guarantees**
- **Complete by 31 May**

Attorneys' Eyes Only

CONFIDENTIAL
WM 200147

# Opportunity

- Current 3PL provider is slowly starving to death
- Order volume is only averaging 400 packages per day
- Second 3PL scheduled to come on line 1 August
- Cannot go from 0 to 100 miles per hour overnight

Attorneys' Eyes Only

CONFIDENTIAL
WM 200148

# Direct

# Ship

# Vendors

Attorneys' Eyes Only

(CURRENTLY REPRESENTS 30% OF ORDER VOLUME)

# Capacities for Key H2K providers

- **BAM - Books - No Limit**
- **Anderson - Music - 2,000 per day**
- **Micro ware - Video Games - 16,000 per day**
- **Wax Works - Videos - 2,500 per day**
- **Jewelry Whse - Jewelry - Limited to 1,000 per day**

Attorneys' Eyes Only

CONFIDENTIAL
WM 200150

# Opportunity

## Jewelry

- WM Jewelry Whse primarily supports WM Stores & operates at or exceeds current capacity in Q4
- Expansion Project in process but Whse will add support to Sam's Club upon completion
- Fingerhut has a Jewelry Fulfillment Vault/Whse in St.Cloud MN with a shipping capacity of 40,000 per day & Q4 projected usage of 8-9000 per day. We are getting pricing

Attorneys' Eyes Only

CONFIDENTIAL
WM 200151