# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Fingerhut Business Services, Inc., Plaintiff, | ) | Case No: 01-cv-1261 (JNE/JSM) |
| v. | ) | **FINGERHUT'S PROPOSED VERDICT FORM** |
| Wal-Mart.com, Inc., Defendant. | ) | |

1. Do the terms of the Fulfillment Services Agreement require Wal-Mart to pay a Minimum Services Fee for the months of July 2001 through January 2002?

_______ Yes _______ No

*If you answered "Yes" to Question 1, go to Question 2.*
*If you answered "No" to Question 1, do not answer any other questions, sign the Special Verdict Form, and inform the court security officer that you have finished deliberating.*

2. What is the total amount of Minimum Services Fees the Fulfillment Services Agreement requires Wal-Mart to pay for the months of July 2001 through January 2002?

Total $__________________

*After answering Question 2, sign the Special Verdict Form, and inform the court security officer that you have finished deliberating.*

Date: November ____, 2004

____________________________________
FOREPERSON