# UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

Fingerhut Business Services, Inc.

V.

Wal-Mart.com, Inc.

**DEFENDANT WAL-MART.COM, INC.'S EXHIBIT LIST**

Case Number: Civil File No. 01-1261 JNE/JSM

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Joan N. Ericksen | Edward M. Laine, Esq. | Perry M. Wilson, III/Angela M. Hall |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| | | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| | 1 | | | | 00/00/2000 Wal-Mart.com 2000 Recap; page 4 |
| | 2 | | | | 00/00/2000 Wal-Mart.com 2000 Recap from Walmart |
| | 3 | | | | 00/00/2000 Forecasts |
| | 4 | | | | 1/27/00 E-mail from M. Murray to J. Buck re: M. Duke comments for John |
| | 5 | | | | 3/9/2000 Memo from P. Hendrickson and R. Lindstrom to L. Eggert and G. Trewet re: 3/8/2000 Wal-Mart Trip Report |
| | 6 | | | | 3/10/2000 E-mail from L. Wilwerding to L. Schleicher and B. Bretherton with attached sales forecast |
| | 7 | | | | 3/27/00 Letter from G. Bledsoe to G. Habern |
| | 8 | | | | 3/31/00 E-mail from M. Murray to G. Bledsoe re: Updated Wal-Mart Forecast |
| | 9 | | | | 4/10/00 Letter from G. Bledsoe to G. Habern |
| | 10 | | | | 4/20/2000 E-mail from L. Eggert to L. Schleicher; B. Bretherton; M. Murray and G. Bledsoe re: Wal-Mart 2000 Label Forecast |
| | 11 | | | | 4/26/00 E-mail from L. Eggert to B. Bretherton |
| | 12 | | | | 4/27/00 E-mail from K. Harguth to J. Buck |
| | 13 | | | | 4/27/00 Notes from Wal-Mart Meeting |
| | 14 | | | | 5/26/2000 E-mail from L. Eggert to K. Harguth, P. Campbell and G. Bledsoe re: Wal-Mart Changes |
| | 15 | | | | 5/26/2000 E-mail from L. Wilwerding to G. Bledsoe re: Pricing Sheet 5/26 |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| | 16 | | | | 5/31/00 E-mail from L. Eggert to K. Harguth re: Sched A Back Up Scen 9a.xls |
| | 17 | | | | 6/5/2000 E-mail from G. Bledsoe to L. Wilwerding re: Revised Wal-Mart Pricing Sheet 6-2 |
| | 18 | | | | 6/27/2000 E-mail from G. Bledsoe to L. Wilwerding re: Revised Agreements 6-13 |
| | 19 | | | | 7/5/2000 E-mail from L. Wilwerding to G. Bledsoe re: Contract-Open Items |
| | 20 | | | | 8/1/2000 E-mail from G. Grothe to J. Rittenhouse; L. Wilwerding; bsclard@wal-mart.com with attached Fulfillment Services Agreement |
| | 21 | | | | 8/3/00 Fulfillment Services Agreement between Wal-Mart.com, Inc. and Fingerhut Business Services, Inc. |
| | 22 | | | | 8/6/2000 E-mail from J. Rittenhouse to G. Bledsoe re: Contract Clarification |
| | 23 | | | | 8/14/2000 Memo from M. Murray to R. Tysoe re: New Wal-Mart Contract |
| | 24 | | | | 8/17/2000 E-mail from L. Schleicher to M. Kraemer re: Forecast Data |
| | 25 | | | | 8/29/00 E-mail from L. Schleicher to K. Harguth and B. Bretherton re: forecast dates |
| | 26 | | | | 10/15/2000 E-mail from T. Cole to J. Rittenhouse re: Federated Announces Plans for Fingerhut Downsizing |
| | 27 | | | | 1/23/2001 E-mail from L. Schleicher to M. Murray; L. Eggert and B. Bretherton re: Next Week's Meeting |
| | 28 | | | | 1/26/2001 E-mail from L. Schleicher to M. Murray; L. Eggert and B. Bretherton re: Forecast Verbiage (2000 Recap) |
| | 29 | | | | 1/26/2001 E-mail from J. Rittenhouse to T. Cole re: Recap of Phone Conversation re: FLS plan for 2001 |
| | 30 | | | | 1/30/01Wal-Mart.com/FBSI Meeting Agenda |
| | 31 | | | | 1/30/01 Wal-Mmart.com Conference Call Handwritten Notes |
| | 32 | | | | 1/30/01 Wal-Mart.com Teleconference Notes |
| | 33 | | | | 2/26/01 E-mail from L. Schleicher to M. Kraemer re: Forecasts |
| | 34 | | | | 2/26/01 – 9/14/01 Liquidation Invoices from Fingerhut to Wal-Mart.com |
| | 35 | | | | 3/4/01 E-mail from T. Cole to J. Rittenhouse re: Your Letter of January 31st |
| | 36 | | | | 3/15/01 E-mail from T. Cole to J. Rittenhouse re: Friday meeting |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| | 37 | | | | 3/30/2001 Letter from G. Grothe to M. Pilla re: First Amendment to Fulfillment Services Agreement |
| | 38 | | | | 4/25/01 Letter from J. Rittenhouse to T. Cole re: Monthly Forecasts |
| | 39 | | | | 5/8/01 E-mail from P. Hendrickson to B. Bretherton and K. Harguth re: Wal-mart Prepayment for WDI Liquidation Process |
| | 40 | | | | 5/30/01 Letter from M. Murray to J. Pressman re: Termination of Fulfillment Services Agreement |
| | 41 | | | | Demonstrative |
| | 42 | | | | Demonstrative |
| | 43 | | | | Demonstrative |
| | 44 | | | | Demonstrative |

Date October 22, 2004

DORSEY & WHITNEY LLP

By s/Perry M. Wilson, III
Perry M. Wilson III (#12302X)
Angela M. Hall (#0311066)
50 South Sixth Street, Suite 1500
Minneapolis, Minnesota 55402
Telephone: (612) 340-2600

Attorneys for Defendant Wal-Mart.com, Inc.