UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Fingerhut Business Services, Inc.,

Plaintiff,

v.

Wal-Mart.com, Inc.,

Defendant.

Civil File No. 01-CV-1261 JNE/JSM

**WAL-MART.COM, INC.'S WITNESS LIST**

Pursuant to LR 39.1(b)(1)(C), Defendant Wal-Mart.com, Inc., for its Witness List, identifies the following witnesses that may be called by Defendants during trial:

| **Witness** | **General Description of Expected Testimony** |
|---|---|
| John Rittenhouse | General relationship with Fingerhut Business Services, contract negotiations, contract provisions including minimum services fee and forecasts, Fingerhut Business Services' performance under the contract, Wal-Mart.com's 2001 forecast, and all matters covered in his deposition testimony designated by Defendant |
| Lee Wilwerding | General relationship with Fingerhut Business Services, contract negotiations, contract provisions including minimum services fee and forecasts, Fingerhut Business Services' performance under the contract, Wal-Mart.com's 2001 forecast, and all matters covered in his deposition testimony designated by Defendant |
| Michael Kraemer | General relationship with Fingerhut Business Services, contract negotiations, contract provisions including minimum services fee and forecasts, Fingerhut Business Services' performance under the contract, and Wal-Mart.com's 2001 forecast |
| Lisa Schliecher | cross-examination |
| Michael Murray | cross-examination |

Date: October 22, 2004

DORSEY & WHITNEY LLP

By s/Perry M. Wilson, III
Perry M. Wilson, III (#12302X)
Angela M. Hall (#0311066)
50 South Sixth Street, Suite 1500
Minneapolis, Minnesota 55402
Telephone: (612) 340-2600

Attorneys for Defendant Wal-Mart.com, Inc.