UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Fingerhut Business Services, Inc.,

Plaintiff,

vs.

Wal-Mart.com, Inc.,

Defendant.

Civil File No. 01-CV-1261 JNE/JSM

**WAL-MART.COM, INC.'S DEPOSITION DESIGNATION**

Defendant Wal-Mart.com, Inc. hereby designates the following portions of the named depositions to be read at the trial of this matter. Wal-Mart.com, Inc. reserves the right to add to or delete designated testimony before trial and to decide not to read the testimony of any listed witness.

1. Michael A. Murray Deposition Transcript (March 13, 2002)

| From Page/Line | To Page/Line |
|---|---|
| 4:7 | 4:12 |
| 8:10 | 9:7 |
| 9:19 | 24:6 |
| 24:14 | 25:13 |
| 25:17 | 28:3 |
| 28:6 | 30:19 |
| 31:4 | 32:19 |
| 33:5 | 35:5 |
| 35:10 | 36:10 |
| 37:6 | 43:18 |
| 44:3 | 44:10 |
| 49:5 | 50:17 |
| 50:22 | 53:5 |
| 53:24 | 55:8 |

2. John Rittenhouse Deposition Transcript (March 29, 2002)

| From Page/Line | To Page/Line |
|---|---|
| 5:1 | 5:23 |
| 8:3 | 17:15 |
| 17:21 | 19:25 |
| 20:10 | 23:1 |
| 23:12 | 33:4 |
| 34:5 | 34:12 |
| 34:25 | 39:7 |
| 39:15 | 40:3 |
| 40:11 | 51:15 |
| 51:21 | 60:10 |
| 61:7 | 63:15 |
| 64:18 | 64:21 |
| 66:8 | 66:13 |
| 67:9 | 71:5 |
| 71:13 | 75:17 |
| 76:18 | 77:17 |
| 85:4 | 86:3 |
| 87:12 | 87:13 |
| 88:20 | 92:21 |

3. Lisa M. Schleicher Deposition Transcript (March 13, 2002)

| From Page/Line | To Page/Line |
|---|---|
| 4:14 | 4:16 |
| 7:6 | 10:7 |
| 11:10 | 11:13 |
| 12:15 | 12:19 |
| 13:6 | 13:19 |
| 14:1 | 14:24 |
| 15:21 | 18:3 |
| 19:9 | 20:22 |
| 21:5 | 28:24 |
| 30:23 | 31:14 |
| 32:7 | 35:15 |

4. Lee Wilwerding Deposition Transcript (March 28, 2002)

| From Page/Line | To Page/Line |
|---|---|
| 3:5 | 3:25 |
| 8:1 | 52:9 |
| 52:22 | 53:11 |
| 53:20 | 84:3 |
| 84:6 | 93:16 |
| 94:1 | 95:15 |
| 95:23 | 101:17 |
| 101:20 | 103:8 |
| 103:11 | 126:22 |

Dated: October 22, 2004

DORSEY & WHITNEY LLP

By s/ Perry M. Wilson, III

Perry M. Wilson III #012302X
Angela M. Hall #0311066
220 South Sixth Street, Suite 1300
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600

Attorneys for Defendant
Wal-Mart.com, Inc.