UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Fingerhut Business Services, Inc.,

Plaintiff,

v.

Wal-Mart.com, Inc.,

Defendant.

Civil File No. 01-CV-1261 JNE/JSM

**WAL-MART.COM, INC.'S PROPOSED VOIR DIRE QUESTIONS FOR PROSPECTIVE JURORS**

Wal-Mart.com, Inc. ("Wal-Mart.com") proposes the following questions to be used together with such supplemental inquiry as may be appropriate:

1. Have you or a family member or friend ever worked for Wal-Mart Stores? If yes, do you have an impression of Wal-Mart as an employer?

2. Have you or a family member ever shopped in a Wal-Mart Store? If yes, do you have an impression of Wal-Mart products or employees?

3. Have you read anything or seen anything on television about Wal-Mart recently? If yes, what did you find out?

4. Have you read anything or seen anything on television about any employment litigation against Wal-Mart? If yes, what did you find out?

5. Have you ever shopped on the Internet? If yes, what was your experience?

6. Have you ever shopped at Wal-Mart.com? If yes, what was your experience?

7. Do you have formed opinions about shopping at local retailers versus national retailers? If so, what are your opinions?

8. Have you or any family member or friend ever worked for Fingerhut? If yes, do you have an impression of Fingerhut as an employer?

9. Have you or any family member or friend ever purchased anything from Fingerhut? If yes, do you have an impression of Fingerhut products?

10. Have you or any family member or friend ever worked for Federated? If yes, do you have an impression Federated as an employer?

11. Have you heard that Federated acquired Fingerhut? If yes, do have any opinions regarding Federated's acquisition of Fingerhut?

12. Have you heard that after Federated acquired Fingerhut, Federated closed a number of Fingerhut facilities and then sold parts of the company? If yes, do you have any opinions about Federated's actions?

13. Do you or any family members own stock in Federated?

14. Do you or any family members own stock in Wal-Mart Stores?

15. Do you or any family members or friends work for internet companies? If yes, do you have any opinions about internet companies?

16. Were you or any family members or friends greatly affected by the dot com crash?

17. During the dot com heyday, did you believe that brick and mortar stores would go out of business?

Date: October 22, 2004

DORSEY & WHITNEY LLP

By s/ Perry M. Wilson, III

Perry M. Wilson, III (#12302X)
Angela M. Hall (#0311066)
50 South Sixth Street, Suite 1500
Minneapolis, Minnesota 55402
Telephone: (612) 340-2600

Attorneys for Defendant Wal-Mart.com, Inc.