**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Fingerhut Business Services, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>Wal-Mart.com, Inc.,<br><br>Defendant. | Case No: 01-cv-1261 (JNE/JSM)<br><br>**EXHIBIT INDEX**<br><br>**(AFFIDAVIT OF KATHERINE M. WILHOIT IN SUPPORT OF PLAINTIFF FINGERHUT'S MOTION IN LIMINE TO EXCLUDE EVIDENCE OR ARGUMENTS REGARDING WAL-MART'S PURPORTED COMPLAINTS OR CRITICISMS OF FINGERHUT'S PERFORMANCE UNDER THE FULFILLMENT SERVICES AGREEMENT)** |

**EXHIBIT INDEX**

A. Fulfillment Services Agreement
B. Plaintiff's First Amended Complaint
C. Defendant's First Amended Answer