UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Fingerhut Business Services, Inc.,

Plaintiff,

v.

Wal-Mart.com, Inc.,

Defendant.

Civil File No. 01-CV-1261 JNE/JSM

**WAL-MART.COM, INC.'S MOTION IN LIMINE TO EXCLUDE ANY CLAIM FOR BREACH OF COVENANT OF GOOD FAITH AND FAIR DEALING**

Defendant Wal-Mart.com, Inc. ("Wal-Mart.com") hereby moves this Court in limine for an order excluding any claim by Plaintiff Fingerhut Business Services, Inc., for breach of the covenant of good faith and fair dealing.

Plaintiff filed its First Amended Complaint on November 8, 2001. See Amended Complaint. The Amended Complaint contained two causes of action, one for declaratory judgment and one for anticipatory breach and repudiation of contract. Id. Plaintiff moved for Summary Judgment in February of 2002. This Court issued its opinion denying that motion in December of 2002. See December 9, 2002, Order at 6. In the Court's order there were references to the covenant of good faith and fair dealing, but no such cause of action is pled in the Amended Complaint.

This Court recently held that a claim for breach of the implied covenant of good faith and fair dealing must be expressly pled and cannot be pled by simply arguing it. See September 30, 2004 Order n.2 in Team Nursing Services, Inc., v. The Evangelical Lutheran Good Samaritan Society, d/b/a/ University Good Samaritan Center, Civ. No. 03-2227 (JNE/JGL). Fingerhut did not plead breach of the covenant of good faith and

fair dealing in its Amended Complaint and this Court issued its Order on Plaintiff's Motion For Summary Judgment nearly two years ago. Since that time Fingerhut has not moved to amend its Amended Complaint to plead breach of the covenant of good faith and fair dealing. Fingerhut cannot argue such a breach to the jury.

**CONCLUSION**

Wal-Mart.com respectfully requests that its motion in limine excluding any cause of action for breach of the covenant of good faith and fair dealing be granted and that the court order that there be no reference to the covenant of good faith and fair dealing before the jury.

Date: October 22, 2004

DORSEY & WHITNEY LLP

By s/ Perry M. Wilson, III
Perry M. Wilson III (#12302X)
Angela M. Hall (#0311066)
50 South Sixth Street, Suite 1500
Minneapolis, Minnesota 55402
Telephone: (612) 340-2600

Attorneys for Defendant Wal-Mart.com, Inc.