**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Fingerhut Business Services, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>Wal-Mart.com, Inc.,<br><br>Defendant. | Case No: 01-cv-1261 (JNE/JSM)<br><br>**AFFIDAVIT OF KATHERINE M. WILHOIT IN SUPPORT OF PLAINTIFF FINGERHUT'S MOTION IN LIMINE TO EXCLUDE EVIDENCE OR ARGUMENTS REGARDING WAL-MART'S PURPORTED COMPLAINTS OR CRITICISMS OF FINGERHUT'S PERFORMANCE UNDER THE FULFILLMENT SERVICES AGREEMENT** |

Katherine M. Wilhoit, being duly sworn, deposes and says:

1. I am an attorney at Oppenheimer Wolff & Donnelly LLP, counsel for plaintiff Fingerhut Business Services, Inc. ("Fingerhut") in the above-captioned matter. I submit this affidavit in support of Plaintiff Fingerhut's Motion in Limine to Exclude Evidence or Arguments Regarding Wal-Mart's Purported Complaints or Criticisms of Fingerhut's Performance Under the Fulfillment Services Agreement in the above-captioned matter.

2. Attached hereto as Exhibit A is a true and correct copy of the Fulfillment Services Agreement.[1]

3. Attached hereto as Exhibit B is a true and correct copy of Plaintiff's First Amended Complaint.

4. Attached hereto as Exhibit C is a true and correct copy of Defendant's First Amended Answer.

FURTHER AFFIANT SAYETH NOT.

s/ Katherine M. Wilhoit
Katherine M. Wilhoit

SWORN TO AND SUBSCRIBED before me this 22nd day of October, 2004.

______________________________
Notary Public

[1] Counsel for Wal-Mart and Fingerhut have orally agreed that designations made pursuant to the parties' Protective Order may be disregarded for purposes of this trial.