UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Fingerhut Business Services, Inc.,

Plaintiff,

v.

Wal-Mart.com, Inc.,

Defendant.

Civil File No. 01-CV-1261 JNE/JSM

**WAL-MART.COM, INC.'S MOTION IN LIMINE TO SUBSTITUTE PLAINTIFF AND AMEND CAPTION**

Defendant Wal-Mart.com, Inc. ("Wal-Mart.com") hereby moves this Court in limine for an order substituting CF Companies, Inc. for Fingerhut Business Services, Inc. as the plaintiff, amending the caption, and excluding any reference to Fingerhut as the plaintiff.

On January 23, 2003, Fingerhut Business Services, Inc., filed its Rule 7.1 Disclosure Statement. According to the Rule 7.1 Disclosure Statement, Fingerhut Business Services, Inc. is no longer the real party in interest. On September 26, 2002, Fingerhut Business Services, Inc. merged into Fingerhut Corporation. See Fingerhut Business Services, Inc.'s Rule 7.1 Disclosure Statement. On September 27, 2002, Fingerhut Corporation merged into Fingerhut Companies, Inc. Id. Finally, on September 27, 2002, Fingerhut Companies, Inc. changed its name to CF Companies, Inc. Id.

Due to these mergers, Fingerhut Business Services, Inc. is no longer a recognized legal entity and is no longer the real party in interest. CF Companies, Inc. is the real party in interest. Therefore, Wal-Mart.com respectfully requests that the Court grant its motion in limine substituting CF Companies, Inc. for Fingerhut Business Services as the

plaintiff, amending the caption, and excluding any reference to Fingerhut Business Services, Inc. as the plaintiff.

Date: October 22, 2004

DORSEY & WHITNEY LLP

By s/ Perry M. Wilson, III
Perry M. Wilson, III (#12302X)
Angela M. Hall (#0311066)
50 South Sixth Street, Suite 1500
Minneapolis, Minnesota 55402
Telephone: (612) 340-2600

Attorneys for Defendant Wal-Mart.com, Inc.