UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Fingerhut Business Services, Inc.,

Plaintiff,

v.

Wal-Mart.com, Inc.,

Defendant.

Civil File No. 01-CV-1261 JNE/JSM

**PROPOSED SPECIAL VERDICT FORM**

According to the instructions that you have been given by the Court and the instructions set out on this form, answer the following questions as your verdict in this action:

1. Under the terms of the Fulfillment Services Agreement dated June 1, 2000, was Wal-Mart.com required/entitled to submit a new forecast for the contract term June 2001 through January 2002?

   Yes___________ No___________

2. If your answer to Question 1 above is "Yes," then answer this question.

   Under the terms of the Fulfillment Services Agreement dated June 1, 2000, was Wal-Mart.com entitled to submit a forecast for the second year with lower volumes than the annual forecast attached to the agreement for the first year, including a forecast of zero packages in some months?

   Yes___________ No___________

If your answers to Questions 1 and 2 are "Yes," then sign and date this verdict form and return it to the Bailiff. Do not answer Questions 3 through 6.

3. If your answer to Question 2 above is "No," then answer this question.

   If Wal-Mart.com was not entitled to submit a forecast for the second year with lower volumes than the annual forecast for the first year, did Wal-Mart.com cause

damages to Fingerhut when it submitted a zero forecast for August 2001 through January 2002?

Yes__________ No_________

4. If your answer to Question 3 above is "Yes,", then answer these questions.

What should the Minimum Services Fee have been for August 2001 through January 2002?

$____________________

What costs would Fingerhut have incurred if it had been required to perform under fulfillment services for August 2001 through January 2002?

$____________________

5. If your answer to Question 3 above is "Yes," then answer this question.

Did Fingerhut make a reasonable effort to mitigate its damages?

Yes__________ No__________

6. If your answer to Question 6 above is "No," then answer this question.

How much should be credited to Wal-Mart for Fingerhut's failure to mitigate its damages?

$____________________

Please sign and date this verdict form and return it to the Bailiff.

Date:________________ __________________________

Jury Foreperson

Time:________________