**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

# CERTIFICATE OF SERVICE

I hereby certify that on October 22, 2004, I caused the following documents:

1. Wal-Mart.Com, Inc.'s Trial Brief;

2. Defendant Wal-Mart.Com, Inc.'s Exhibit List;

3. Wal-Mart.Com, Inc.'s Witness List;

4. Wal-Mart.Com, Inc.'s Deposition Designation;

5. Wal-Mart.Com, Inc.'s Voir Dire Questions For Prospective Jurors;

6. Jury Instructions;

7. Proposed Special Verdict Form;

8. Wal-Mart.Com, Inc,'s Motion in Limine to Exclude Any Claim for Breach of Covenant of Good Faith and Fair Dealing;

9. Wal-Mart.Com, Inc.'s Motion in Limine to Substitute Plaintiff and Amend Caption;

10. Certificate of Service.

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

- **Gina M Grothe**
  gina.grothe@cxtown.com

- **Edward Michael Laine**
  elaine@oppenheimer.com ppederson@oppenheimer.com

- **Kari Wraspir Rhode**
  krhode@moneygram.com sseverson@oppenheimer.com

- **Bridget A Sullivan**
  bsullivan@heinsmills.com

- **Katherine M Wilhoit**
  kwilhoit@oppenheimer.com rheyns@oppenheimer.com

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

None.

Dated: October 22, 2004 ____ _____*s/Dena Rootes*_________
Dena Rootes