**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Fingerhut Business Services, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>Wal-Mart.com, Inc.,<br><br>Defendant. | Case No: 01-cv-1261 (JNE/JSM)<br><br>**PLAINTIFF'S PROPOSED VOIR DIRE** |

Plaintiff submits its proposed Voir Dire topics and questions and respectfully requests, to the extent subjects are not otherwise covered by the Court's customary Voir Dire questions, that prospective jurors be asked the following questions or about the following topics:

**General Background.**

1. Name.

2. Age or date of birth.

3. Address. How long have you lived at that address? Do you rent or own?

4. Marital status.

5. Educational background.

6. Employment background including current work. What types of responsibilities do you have in your current job or occupation? What types of decisions do you make?

7. Spouse's educational and occupational background.

8. Number and ages of children.

9. Social, community, charitable or political organizations to which you belong.

10. Significant hobbies or other significant non-work activities.

11. Do you have any problems at home or work, plans or commitments that would make it difficult for you to be a jury member in this case?

12. When you are involved in making a decision that is important to you, how do you go about making up your mind?

**Litigation Experiences and Views.**

13. Have you or a family member been involved in a lawsuit?

    a) As a party?

    b) As a witness?

    c) What type of case was it?

    d) Were you satisfied with the result?

    e) How do you feel about the experience?

14. Do you have any previous jury experience?

    a) Where?

    b) What type of case?

    c) Did you reach a verdict?

    d) How did you feel about the experience?

15. Have you, a family member or close friend had any legal training? Please describe.

16. Do you hold any general views on lawsuits, the legal system, or claims for money damages that you think might affect you in being a juror in this case? Please describe.

**Case Specific Background, Information and Views.**

17. Fingerhut Business Services, Incorporated, was the originally named plaintiff in this matter. However, though a series of corporate transactions, Federated Corporate Services, Incorporated, a subsidiary of Federated Department Stores, obtained the assets and liabilities of Fingerhut Business Services, Incorporated, including this lawsuit. By way of example, Macys and Bloomingdales are owned by Federated. Do any of you have any knowledge, information or views with respect to any of these entities that you feel, in fairness to both parties to this case, should be made known at this time?

18. Is there anything about the fact that Federated Department Stores, and not Fingerhut Business Services, Incorporated, now owns this claim, that, in fairness to both parties to this case, should be made known at this time?

19. The Defendant is Wal-Mart.com, Incorporated, a corporation which is 80% owned by Wal-Mart Stores. Do any of you have any knowledge, information or views with respect to either of these entities that, in fairness to both parties, you believe should be made known?

20. I am going to read to you a list of names of the individuals who may be called as witnesses in this case. These individuals may testify either here in the courtroom or have portions of their pre-trial deposition read. As I read this list, please raise your hand if you have any knowledge or information about any of these individuals. [Review final witness list].

21. This is a contract case, and it will involve issues of contract interpretation.

    a) Have any of you studied either the formation or interpretation of contracts as part of your education?

    b) Have any of you had any experience in drafting or negotiating contracts or agreements?

22. Have any of you, close family members or close personal friends been involved in any kind of dispute that involved differing interpretations of a contract or agreement?

23. Have any of you, close family members or close personal friends worked for a company or some other business entity which has been involved in a dispute regarding an agreement or contract?

24. Have any of you, close family members or close personal friends invested in any internet stocks? Can you describe generally when those investments were made, and what companies and generally what happened?

25. Do any of you purchase goods over the internet? Can you describe generally when you started making purchases over the internet?

26. This case also involves a dispute concerning a Minimum Services Fee provision. Do any of you have any knowledge, or have any of you had any experience, with contracts or agreements that required you or someone else to pay a minimum amount of money each month?

27. In this case Plaintiff claims that Wal-Mart owes Minimum Services Fees in an amount in excess of $3.1 million. Plaintiff's claim is subject to a burden of proof about which I will instruct you, and Wal-Mart also has defenses about which I will instruct you as well. However, is there anything about the just number of

$3.1 million that would cause any of you to have a concern as to whether you could be a fair and impartial juror in this case?

28. The contract in this case involved the provision of what is called Fulfillment Services, specifically Fulfillment Services for Wal-Mart's internet direct to consumer business. The Fulfillment Services involved various aspects, including: the receiving and storing of Wal-Mart's product, maintaining inventory, retrieving products when orders came in, and packaging and shipping. Do any of you have any knowledge or information concerning the providing of this type of Fulfillment Services?

29. Do any of you have any education, training or experience in economics or accounting?

**Final Questions.**

30. It is not uncommon to see or hear on television, radio or in some publication a discussion by an individual, or even a candidate for office, about the number of lawsuits that are filed in this country. Do any of you have a view about that topic generally or about individuals, entities or attorneys who file lawsuits?

31. It is my job to instruct you as to the law with respect to this case, including law applicable to the interpretation of the contract in question. Some of this will involve the law of the State of New York because the parties to the agreement decided at the time the contract was formed that the law of New York would apply. Do any of you have any doubt or concern that you will be able to or willing to apply the law as I instruct you?

32. If after a full and fair consideration of all of the evidence in this case you find and conclude that the Plaintiff has met its burden of proof, would you have any hesitancy to return a verdict for the Plaintiff? On the other hand, if after a fair and full consideration of all of the evidence in this case you find and conclude that Plaintiff has not met its burden of proof, or the Defendant fails to meet its burden of proof with respect to its defenses, would you have any hesitancy to return a verdict for the Defendant?

33. Can you think of any other matter which you should call to the Court's attention which may have some bearing upon your qualifications to serve as a juror or

might prevent you from rendering a fair and impartial verdict based solely on the evidence and my instructions as to the law in this case?

Respectfully submitted,

Dated: October 22, 2004.

**OPPENHEIMER WOLFF & DONNELLY LLP**

By s/ Edward M. Laine

Edward M. Laine, #59535
Katherine M. Wilhoit, #313853
Plaza VII, Suite 3300
45 South Seventh Street
Minneapolis, MN 55402
Telephone: (612) 607-7000
Facsimile: (612) 607-7100

Lori V. Douglas
Assistant Counsel
Federated Department Stores
Regional Law Department
219 Perimeter Center Parkway, Suite 511
Atlanta, Georgia 30346
Telephone: (770) 913-5512

***ATTORNEYS FOR PLAINTIFF FINGERHUT BUSINESS SERVICES, INC.***