# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Fingerhut Business Services, Inc., | ) | Case No: 01-cv-1261 (JNE/JSM) |
| Plaintiff, | ) | |
| v. | ) | **FINGERHUT'S PROPOSED ALTERNATIVE VERDICT FORM**[1] |
| Wal-Mart.com, Inc., | ) | |
| Defendant. | ) | |

1. Do the terms of the Fulfillment Services Agreement require Wal-Mart to pay a Minimum Services Fee for the months of July 2001 through January 2002?

_______ Yes _______ No

*If you answered "Yes" to Question 1, go to Question 2.*
*If you answered "No" to Question 1, do not answer any other questions, sign the Special Verdict Form, and inform the court security officer that you have finished deliberating.*

2. What is the total amount of Minimum Services Fees the Fulfillment Services Agreement requires Wal-Mart to pay for the months of July 2001 through January 2002?

Total $_________________

*After answering Question 2, go to Question 3.*

---

[1] Fingerhut proposes this alternative verdict form in the event that the Court determines that the issue of whether the Minimum Services Fee constitutes a valid liquidated damages clause or an invalid penalty will be determined by the jury.

3. Did the parties intend the Minimum Services Fee provisions of the Fulfillment Services Agreement to be a liquidated damages provision to compensate Fingerhut in the event of a breach by Wal-Mart?

_______ Yes _______ No

*If you answered "Yes" to Question 3, go to Question 4.*
*If you answered "No" to Question 3, do not answer any other questions, sign the Special Verdict Form, and inform the court security officer that you have finished deliberating.*

4. Are the Minimum Services Fee provisions of the Fulfillment Services Agreement a valid liquidated damages clause, or are the provisions void as a penalty?

_______ Valid _______ Penalty

*After answering Question 4, sign the Special Verdict Form, and inform the court security officer that you have finished deliberating.*

Date: November ____, 2004

______________________________
FOREPERSON