**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of October, 2004, I caused the following

1. Fingerhut Business Services, Inc. Amended Rule 7.1 Disclosure Statement;

2. Plaintiff Fingerhut Business Systems, Inc.'s Trial Memorandum;

3. Exhibit List;

4. Plaintiff Fingerhut Business Systems, Inc.'s Proposed Witness List;

5. Plaintiff Fingerhut Business Systems, Inc.'s Designation of Deposition Testimony;

6. Plaintiff Fingerhut's Motion in Limine to Exclude Evidence Regarding E-Toys, Inc.;

7. Affidavit of Katherine M. Wilhoit in Support of Plaintiff Fingerhut's Motion in Limine to Exclude Evidence Regarding E-Toys, Inc.;

8. Plaintiff Fingerhut's Motion in Limine to Exclude Arguments or Evidence Concerning Purported Complaints or Criticisms of Fingerhut's Performance Under the Fulfillment Services Agreement;

9. Affidavit of Katherine M. Wilhoit in Support of Plaintiff Fingerhut's Motion in Limine to Exclude Evidence or Arguments Regarding Wal-Mart's Purported Complaints or Criticisms of Fingerhut's Performance Under the Fulfillment Services Agreement;

10. Plaintiff's Proposed Voir Dire;

11. Plaintiff's Proposed Jury Instructions;

12. Fingerhut's (Proposed) Verdict Form; and

13. Fingerhut's (Proposed) Alternative Verdict Form

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the within named counsel:

**Gina M Grothe**
gina.grothe@cxtown.com

**Angela Michele Hall**
hall.angela@dorsey.com

**Bridget A Sullivan**
bsullivan@heinsmills.com

**Perry Morton Wilson**
wilson.perry@dorseylaw.com

Dated: October 22, 2004. s/ Edward M. Laine

Attorneys for Plaintiff, Fingerhut Business Services, Inc.

**OPPENHEIMER WOLFF & DONNELLY LLP**
3300 Plaza VII Building
45 South Seventh Street
Minneapolis, Minnesota 55402
Telephone: (612) 607-7000
Fax Telephone: (612) 607-7100
Email: ghansen@oppenheimer.com

Case Name: Fingerhut Business Services, Inc. v. Wal-Mart.com, Inc.
Civil File No.: 01-cv-1261 (JNE/JSM)