**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of October, 2004, I caused the following

1. [Proposed] Order re: Fingerhut's Motion in Limine to Exclude Evidence Regarding E-Toys, Inc.; and

2. [Proposed] Order re: Fingerhut's Motion in Limine to Exclude Evidence or Arguments regarding Wal-Mart's Purported Complaints or Criticisms of Fingerhut's Performance Under the Fulfillment Services Agreement

to be served via first class mail from Minneapolis, Minnesota, to the following named counsel:

**Perry Morton Wilson**
Dorsey & Whitney LLP
50 S. Sixth Street, Suite 1500
Minneapolis, MN 55402-1498

Dated: October 22, 2004.

s/ Edward M. Laine

Attorneys for Plaintiff, Fingerhut Business Services, Inc.

**OPPENHEIMER WOLFF & DONNELLY LLP**
3300 Plaza VII Building
45 South Seventh Street
Minneapolis, Minnesota 55402
Telephone: (612) 607-7000
Fax Telephone: (612) 607-7100
Email: ghansen@oppenheimer.com

Case Name: Fingerhut Business Services, Inc. v. Wal-Mart.com, Inc.
Civil File No.: 01-cv-1261 (JNE/JSM)