**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Fingerhut Business Services, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>Wal-Mart.com, Inc.,<br><br>Defendant. | Case No: 01-cv-1261 (JNE/JSM)<br><br>**PLAINTIFF'S OBJECTIONS TO WAL-MART'S EXHIBIT LIST** |

Pursuant to Fed. R. Evid. 401 through 403, Fingerhut Business Services, Inc. ("Fingerhut") hereby objects to Wal-Mart.com, Inc.'s ("Wal-Mart") introduction of Exhibit 39 at trial.

Defendant's Exhibit 39 is an invoice for services Fingerhut rendered on behalf of Wal-Mart, to clear Fingerhut's Utah facility of Wal-Mart's inventory. Exhibit 39 is not relevant to any issue in the case, including: whether a minimum services fee is owed, the calculation of the services fee, or any defense Wal-Mart is entitled to assert. In addition, Exhibit 39 reflects services not rendered under the Fulfillment Services Agreement. As such, Defendant's Exhibit 39 does not tend to make any fact that is of consequence to the determination of this litigation more probable or less probable. *See* Fed. R. Evid. 401. Because Exhibit 39 is not relevant, it must be excluded. *See* Fed. R. Evid. 402.

Furthermore, potential relevance of Exhibit 39, of which there is none, is certainly outweighed by the confusion that would be caused by the introduction of this evidence. *See* Fed. R. Evid. 403. It must therefore be excluded pursuant to Fed. R. Evid. 403 as well.

## CONCLUSION

Based on the foregoing, Fingerhut respectfully requests that Exhibit 39 be excluded from introduction or admission at trial.

Respectfully submitted,

Dated: October 29, 2004.

**OPPENHEIMER WOLFF & DONNELLY LLP**

By s/Katherine M. Wilhoit
Edward M. Laine, #59535
Katherine M. Wilhoit, #313853
Plaza VII, Suite 3300
45 South Seventh Street
Minneapolis, MN 55402
Telephone: (612) 607-7000
Facsimile: (612) 607-7100

Lori V. Douglas
Assistant Counsel
Federated Department Stores
Regional Law Department
219 Perimeter Center Parkway, Suite 511
Atlanta, Georgia 30346
Telephone: (770) 913-5512

***ATTORNEYS FOR PLAINTIFF FINGERHUT BUSINESS SERVICES, INC.***