**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Fingerhut Business Services, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>Wal-Mart.com, Inc.,<br><br>Defendant. | Case No: 01-cv-1261 (JNE/JSM)<br><br>**PLAINTIFF'S OBJECTIONS TO WAL-MART'S DEPOSITION DESIGNATIONS AND PLAINTIFF'S COUNTER-DESIGNATIONS** |

## INTRODUCTION

Fingerhut Business Services, Inc. ("Fingerhut") objects to Wal-Mart.com, Inc.'s ("Wal-Mart") deposition designations as set forth in more detail below. Fingerhut specifically objects to Wal-Mart's designation of deposition testimony for Lisa Schleicher and Michael Murray pursuant to Fed. R. Civ. P. 32(a)(3), because Ms. Schleicher and Mr. Murray are within the subpoena power of the Court. In addition, Fingerhut respectfully requests that, during the course of trial, the Court identify, in advance of offering deposition testimony into evidence, the party who has designated the deposition testimony selected. Finally, Fingerhut respectfully submits counter-designations, as set forth in detail below.

## I. OBJECTIONS TO WAL-MART DEPOSITION DESIGNATIONS.

### A. Lee Wilwerding Deposition.

1. 49:16-50:12 – Not relevant pursuant to Fed. R. Evid. 401 through 403.
2. 54:5-55:21 – Not relevant pursuant to Fed. R. Evid. 401 through 403.
3. 81:16-82:8 – Not relevant pursuant to Fed. R. Evid. 401 through 403.
4. 82:13-14, specifically, the phrase "which happened to them before." – Not relevant pursuant to Fed. R. Evid. 401 through 403.
5. 84:1-7 – Not relevant pursuant to Fed. R. Evid. 401 through 403.
6. 87:1-6 – Lack of foundation, and not relevant pursuant to Fed. R. Evid. 401 through 403.

7. 114:4-20 – Not relevant pursuant to Fed. R. Evid. 401 through 403.

8. 116:18-20 – Not relevant pursuant to Fed. R. Evid. 401 through 403.

9. 125:11-19 – Non-responsive; not relevant pursuant to Fed. R. Evid. 401 through 403.

B. John Rittenhouse Deposition.

1. 92:4-13, 18-19 – Not relevant pursuant to Fed. R. Evid. 401 through 403.

C. Michael Murray Deposition.

1. 35:13-20 – Not relevant pursuant to Fed. R. Evid. 401 through 403.

2. 52:5-16 – Not relevant pursuant to Fed. R. Evid. 401 through 403.

3. 52:23-53:1 – Not relevant pursuant to Fed. R. Evid. 401 through 403.

## II. FEDERATED'S COUNTER-DESIGNATIONS.

A. Lee Wilwerding Deposition.

1. 126:23-129:7

B. Michael Murray Deposition.

1. 32:20-33:4

2. 35:6-9

3. 43:19-44:1

4. 44:11-45:1

5. 45:24-46:8

6. 46:17-19

C. Lisa Schleicher Deposition.

1. 12:12-14

2. 15:10-20

3. 20:23-24

4. 28:25-29:18

5. 31:15-17, 22-24

6. 36:3-37:20

Fingerhut reserves the right to add or delete designated testimony before trial and to decide not to read the testimony of any listed witnesses.

Respectfully submitted,

Dated: October 29, 2004.

**OPPENHEIMER WOLFF & DONNELLY LLP**

By s/Katherine M. Wilhoit
Edward M. Laine, #59535
Katherine M. Wilhoit, #313853
Plaza VII, Suite 3300
45 South Seventh Street
Minneapolis, MN 55402
Telephone: (612) 607-7000
Facsimile: (612) 607-7100

Lori V. Douglas
Assistant Counsel
Federated Department Stores
Regional Law Department
219 Perimeter Center Parkway, Suite 511
Atlanta, Georgia 30346
Telephone: (770) 913-5512

***ATTORNEYS FOR PLAINTIFF FINGERHUT BUSINESS SERVICES, INC.***