# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of October, 2004, I caused the following

1. Plaintiff's Objections to Wal-Mart's Exhibit List;

2. Plaintiff's Objections to Wal-Mart's Deposition Designations and Plaintiff's Counter-Designations; and

3. Plaintiff's Response to Defendant's Motion in Limine to Exclude Any Claim for Breach of Covenant of Good Faith and Fair Dealing;

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the within named counsel:

**Gina M Grothe**
gina.grothe@cxtown.com

**Angela Michele Hall**
hall.angela@dorsey.com

**Bridget A Sullivan**
bsullivan@heinsmills.com

**Perry Morton Wilson, III**
wilson.perry@dorseylaw.com

Dated: October 29, 2004. s/ Katherine M. Wilhoit

Attorneys for Plaintiff, Fingerhut Business Services, Inc.

**OPPENHEIMER WOLFF & DONNELLY LLP**
3300 Plaza VII Building
45 South Seventh Street
Minneapolis, Minnesota 55402
Telephone: (612) 607-7000
Fax Telephone: (612) 607-7100
Email: kwilhoit@oppenheimer.com

Case Name: Fingerhut Business Services, Inc. v. Wal-Mart.com, Inc.
Civil File No.: 01-cv-1261 (JNE/JSM)