**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Fingerhut Business Services, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>Wal-Mart.com, Inc.,<br><br>Defendant. | Case No: 01-CV-1261 JNE/JSM<br><br>**STIPULATION OF THE PARTIES TO SUBSTITUTE PLAINTIFF AND AMEND CAPTION** |

**WHEREAS**, on September 26, 2002, Plaintiff Fingerhut Business Services, Inc. merged into Fingerhut Corporation; and on September 27, 2002, Fingerhut Corporation merged into Fingerhut Companies, Inc.; and on September 27, 2002, Fingerhut Companies, Inc. changed its name to CF Companies, Inc.; and on January 31, 2003, CF Companies, Inc. assigned its rights and liabilities, including its right to recovery in the above-captioned lawsuit, to Federated Corporate Services, Inc., a Delaware corporation; and

**WHEREAS**, Plaintiff and Defendant Wal-Mart.com, Inc. have conferred through their counsel and have agreed, subject to the Court's approval, that Federated Corporate Services, Inc. should be substituted for Fingerhut Business Services, Inc. as the real party in interest in the above-captioned lawsuit; and

**WHEREAS**, the parties have stipulated, subject to the Court's approval, that the caption should be so amended; and

**WHEREAS**, the parties have agreed that neither party will refer to Fingerhut Business Services, Inc., Fingerhut Corporation, Fingerhut Companies, or Fingerhut as the Plaintiff during the trial of this case;

**WHEREAS**, the parties have agreed that, notwithstanding the foregoing, either party may refer to Fingerhut Business Services, Inc., Fingerhut Corporation, Fingerhut Companies or

Fingerhut to the extent that entity was involved in the negotiation, drafting and performance of the May 31, 1999, Agreement and subsequent Fulfillment Services Agreement.

**NOW, THEREFORE**, the parties, by and through their undersigned counsel, hereby stipulate and agree that Federated Corporate Services, Inc. should be substituted for Fingerhut Business Services, Inc. as Plaintiff in this matter, the caption should be so amended and Fingerhut will not be referred to as the plaintiff during the trial.

Dated: October 28, 2004

**DORSEY & WHITNEY LLP**

By s/ Angela M. Hall

Perry M. Wilson III (#012302X)
Angela M. Hall (#0311066)
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600

**ATTORNEYS FOR DEFENDANT WAL-MART.COM, INC.**

Dated: October 29, 2004

**OPPENHEIMER WOLFF & DONNELLY LLP**

By s/ Katherine M. Wilhoit

Edward M. Laine (#59535)
Katherine M. Wilhoit (#313853)
3400 Plaza VII Building
45 South Seventh Street
Minneapolis, MN 55402-1609
Telephone: (612) 607-7000
Facsimile: (612) 607-7100

Lori V. Douglas
Assistant Counsel
Federated Department Stores
Regional Law Department
219 Perimeter Center Parkway
Suite 511
Atlanta, Georgia 30346
Telephone: (770) 913-4838

**ATTORNEYS FOR PLAINTIFF FINGERHUT BUSINESS SERVICES, INC.**