OPPENHEIMER

OPPENHEIMER WOLFF & DONNELLY LLP
Plaza VII, Suite 3300
45 South Seventh Street
Minneapolis, MN 55402-1609
oppenheimer.com

612.607.7000
Fax 612.607.7100

Direct Dial: (612) 607-7349
E-Mail: KWilhoit@oppenheimer.com

October 29, 2004

Clerk of Court
United States District Court
U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

**Re: FBSI v. Wal-Mart.com**
**Civil Action No: 01-CV-1261 (DSD/SRN)**

Dear Clerk:

In connection with the above matter, I am writing to inform the Court that the following individuals listed below are no longer representing Plaintiff in the above matter for the reasons set forth below:

> Bridget A. Sullivan is no longer associated with Oppenheimer Wolff & Donnelly and is no longer representing Plaintiff in this matter;
>
> Kari W. Rhode is no longer associated with Oppenheimer Wolff & Donnelly and is no longer representing Plaintiff in this matter; and
>
> Gina M. Grothe is no longer representing Plaintiff in this matter.

Please ensure that the above-named individuals are removed from the case and removed from receiving e-mail notices. Thank you for your attention to this matter.

Yours very truly,

Katherine M. Wilhoit

KMW:sds