**ANGELA M. HALL**
**(612) 340-8807**
**FAX (612) 340-2868**
**hall.angela@dorsey.com**

October 29, 2004

Honorable Joan N. Ericksen
United States District Court Judge
Federal Court Building
316 North Robert Street
St. Paul, MN 55101

Re: Fingerhut Business Services, Inc. v. Wal-Mart.com
Civil File No. 01-1261 (JNE/JSM)

Dear Judge Ericksen:

I am one of the lawyers representing Wal-Mart.com in the above referenced matter. On Friday, October 22, 2004, Wal-Mart.com filed a Motion in Limine to Substitute Plaintiff and Amend Caption. Since that time, the parties have agreed to a Stipulation to Substitute Plaintiff and Amend Caption. This stipulation obviates the need for Wal-Mart.com's motion, so Wal-Mart.com hereby withdraws its Motion in Limine to Substitute Plaintiff and Amend Caption.

Very truly yours,

*s/Angela M. Hall*

Angela M. Hall

AMH/rc
cc: Arthur Formanek, Esq.
Joshua P. Hill, Esq.