**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Fingerhut Business Services, Inc.,<br>Plaintiff,<br>v.<br>Wal-Mart.com, Inc.,<br>Defendant. | Case No: 01-CV-1261 JNE/JSM<br><br>**ORDER GRANTING STIPULATION TO SUBSTITUTE PLAINTIFF AND AMEND CAPTION** |

This matter is before the Court on the parties Stipulation to Substitute Plaintiff and to Amend Caption.

**NOW, THEREFORE, IT IS HEREBY ORDERED** that, the parties' Stipulation is adopted by the Court; and

**IT IS FURTHER ORDERED** that Federated Corporate Services, Inc. shall be substituted as the real party in interest in this matter; and

**IT IS FURTHER ORDERED** neither party will refer to Fingerhut Business Services, Inc., Fingerhut Corporation, Fingerhut Companies, or Fingerhut as the Plaintiff during the trial of this case, except to the extent that Fingerhut Business Services, Inc., Fingerhut Corporation, Fingerhut Companies, or Fingerhut was the entity involved in the relevant event(s); and

**IT IS FURTHER ORDERED** that the caption of this case shall be as follows:

Federated Corporate Services, Inc.

Plaintiff,

v.

Wal-Mart.com, Inc.

Defendant.

Dated: November 1, 2004

*s/ Janie S. Mayeron*
Janie S. Mayeron
United States Magistrate Judge

OPPENHEIMER: 2275939 v01 10/29/2004