UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Federated Corporate Services, Inc.,

Plaintiff,

v.

Wal-Mart.com, Inc.,

Defendant.

Civil File No. 01-CV-1261 JNE/JSM

**WAL-MART.COM, INC.'S OBJECTIONS TO FINGERHUT BUSINESS SERVICES, INC.'S EXHIBIT LIST**

Wal-Mart.com, Inc. ("Wal-Mart.com") hereby objects to Plaintiff Fingerhut Business Services, Inc.'s ("Fingerhut") Exhibits 18 and 44.

Plaintiff's Exhibit 18 is an engineering overview of the proposed Carrolton, Georgia, distribution center. Pursuant to Fed. R. Evid. 401 and 402, Plaintiff's Exhibit 18 is not admissible because it not relevant to the dispute. Neither party disputes that Wal-Mart.com contemplated building its own distribution center, and neither party disputes that Wal-Mart.com did build the Carrolton distribution facility. The architectural drawing of the facility and the related information, including the site description, soil conditions, and geotechnical report, have no tendency to prove any fact that is of consequence in this matter. Therefore, Plaintiff's Exhibit 18 is irrelevant, and therefore, inadmissible.

Plaintiff's Exhibit 44 is a fax from Michael P. Sherman to Greg Penner with attachments that purport to document Fingerhut's costs to perform, their minimum revenue projects, and Wal-Mart's utilization. Wal-Mart.com objects to this exhibit based on Fed. R. Evid. 408 and on foundation grounds. Plaintiff's Exhibit 44 was prepared for

settlement purposes and on its face notes that the numbers are estimates. Further, there is no foundation for this document. First, the author of the document is not identified and there is no explanation of the methodology used to create this document. Second, there are no supporting documents which would provide legitimacy to the estimates used in this document. This is a document created for settlement discussions, not created and relied upon in the ordinary course of business. This document was created to induce Wal-Mart.com to settle, so Fingerhut had every incentive to "estimate" on the high side. For these reasons, Wal-Mart.com objects to Plaintiff's Exhibit 44 and asks this Court to exclude such exhibit.

Based on the foregoing, Wal-Mart.com respectfully request that Plaintiff's Exhibits 18 and 44 be excluded from introduction or admission at trial.

Date: November 1, 2004

DORSEY & WHITNEY LLP

By *s/Angela M. Hall*

Perry M. Wilson III (#12302X)
Angela M. Hall (#0311066)
50 South Sixth Street, Suite 1500
Minneapolis, Minnesota 55402
Telephone: (612) 340-2600

Attorneys for Defendant Wal-Mart.com, Inc.