**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**CERTIFICATE OF SERVICE**

I hereby certify that on November 1, 2004, I caused the following documents:

- Wal-Mart.Com, Inc.'s Objections to Fingerhut Business Services, Inc.'s Exhibit List.

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

- **Edward Michael Laine**
  elaine@oppenheimer.com ppederson@oppenheimer.com

- **Katherine M Wilhoit**
  kwilhoit@oppenheimer.com rheyns@oppenheimer.com

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

None.

Dated: November 1, 2004

*s/Renee P. Christensen*
Renee P. Christensen