OAO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

Federated Corporate Services, Inc.

V.

Wal-Mart.Com, Inc.

## AMENDED EXHIBIT LIST

Case Number: 01cv1261 (JNE/JSM)

| PRESIDING JUDGE | PLAINTIFF=S ATTORNEY | DEFENDANT=S ATTORNEY |
|---|---|---|
| The Honorable Joan N. Ericksen | Perry Wilson | Edward M. Laine |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| November 2, 2004 | Maria Weinbeck | Sheri Frette |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* |
|---|---|---|---|---|---|
| 1 | | | | | Fulfillment Services Agreement (Dep. Ex. 1) |
| 2 | | | | | 06/01/1999 Letter from Habern to Wilwerding (F 002026) |
| 3 | | | | | Fulfillment Services Agreement (Dep. Ex. 2) |
| 4 | | | | | 08/29/1999 Email from Bledsoe to Bretherton and Schleicher (F 002059) |
| 5 | | | | | 09/13/1999 Memorandum from Bledsoe to Wilwerding (Dep. Ex. 3) |
| 6 | | | | | 10/03/1999 Email from Bledsoe to Wilwerding (F 002106) |
| 7 | | | | | 02/22/2000 Wal-Mart Scope Changes (Dep. Ex. 4) |
| 8 | | | | | 03/03/2000 Letter from Bledsoe to Habern (Wal-Mart Dep. Ex. 3) |
| 9 | | | | | 03/09/2000 Memorandum from Hendrickson to Eggert et al. (Wal-Mart Dep. Ex. 10) |
| 10 | | | | | 03/10/2000 Email from Wilwerding to Schleicher and Bretherton (Dep. Ex. 5) |
| 11 | | | | | 03/27/2000 Letter from Bledsoe to Habern (Wal-Mart Dep. Ex. 4) |
| 12 | | | | | 04/10/2000 Letter from Bledsoe to Habern and Wilwerding (Wal-Mart Dep. Ex. 6) |
| 13 | | | | | H2K Logistics Plant (Dep. Ex. 10) |
| 14 | | | | | 04/20/2000 Email from Eggert to Schleicher et al. (Wal-Mart Dep. Ex. 19) |
| 15 | | | | | 04/27/2000 Bretherton Handwritten Notes (F 005283-5286) |
| 16 | | | | | 05/26/2000 Email from Wilwerding to Bledsoe (Dep. Ex. 6) |
| 17 | | | | | 06/05/2000 Email from Bledsoe to Wilwerding (Wal-Mart Dep. Ex. 8) |
| 18 | | | | | 06/16/2000 Project 1716 Carrolton, Georgia (WM 200852-200855) |
| 19 | | | | | 06/20/2000 Letter from Bledsoe to Rittenhouse (Dep. Ex. 11) |
| 20 | | | | | 06/27/2000 Email from Bledsoe to Wilwerding (Dep. Ex. 7) |
| 21 | | | | | 06/29/2000 Email from Wilwerding to Bledsoe (Dep. Ex. 8) |
| 22 | | | | | 07/05/2000 Email from Wilwerding to Bledsoe (Dep. Ex. 9) |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 23 | | | | | 07/14/2000 Email from Schleicher to Rittenhouse et al. (Dep. Ex. 13) |
| 24 | | | | | 07/21/2000 Additions with Rittenhouse Handwriting (Dep. Ex. 14) |
| 25 | | | | | 08/01/2000 Email from Grothe to Rittenhouse et al. (Dep. Ex. 15) |
| 26 | | | | | 08/06/2000 Email from Rittenhouse to Bledsoe (Wal-Mart Dep. Ex. 9) |
| 27 | | | | | 08/11/2000 Letter from Buck to Jackson and Rittenhouse (Dep. Ex. 12) |
| 28 | | | | | 08/09/2000 Memorandum from McAllister to Breyer et al. (Dep. Ex. 16) |
| 29 | | | | | 08/14/2000 Memorandum from Murray to Tysoe (Wal-Mart Dep. Ex. 11) |
| 30 | | | | | 08/22/2000 Letter from Murray to Rittenhouse (F 00521) |
| 31 | | | | | 01/12/2001 Email from Pressman to Rittenhouse (Dep. Ex. 17) |
| 32 | | | | | 01/23/2001 Email from Schleicher to Murray et al. (Wal-Mart Dep. Ex. 12) |
| 33 | | | | | 01/26/2001 Email from Schleicher to Murray et a. (Wal-Mart Dep. Ex. 18) |
| 34 | | | | | 01/26/2001 Email from Rittenhouse to Cole (Dep. Ex. 18) |
| 35 | | | | | 01/30/2001 Wal-Mart Meeting Notes (F 005287-5288) |
| 36 | | | | | 01/30/2001 Walmart.com Teleconference Notes (F 000009-11) |
| 37 | | | | | 01/31/2001 Email from Karro to Rittenhouse (Dep. Ex. 19) |
| 38 | | | | | 01/31/2001 Email from Cole to Rittenhouse (Dep. Ex. 20) |
| 39 | | | | | 02/21/2001 Email from Kinman to Fleming (WM 201572) |
| 40 | | | | | 03/28/2001 Email from Cole to Rittenhouse (WM 100448-100450) |
| 41 | | | | | 03/30/2001 Letter from Grothe to Pilla (Wal-Mart Dep. Ex. 21) |
| 42 | | | | | 04/25/2001 Letter from Rittenhouse to Cole (Dep. Ex. 21) |
| 43 | | | | | 05/30/2001 Letter from Murray to Pressman (Wal-Mart Dep. Ex. 13) |
| 44 | | | | | 06/19/2001 Facsimile from Sherman to Penner (F 005289-5292) |
| 45 | | | | | Chart: Summary of Business Documents - Minimum Packages |
| 46 | | | | | Chart: Summary of Business Documents - Minimum Services Fee |
| 47 | | | | | Invoice Document regarding August 2000 Charges (F 004960-4962; 4977) |
| 48 | | | | | Invoice Document regarding September 2000 Charges (F 004764-4766; 4774) |
| 49 | | | | | Invoice Document regarding October 2000 Charges (F 003838; 4684-4685) |
| 50 | | | | | Invoice Document regarding November 2000 Charges (F 003835; 4577-4578; 4581) |
| 51 | | | | | Invoice Document regarding December 2000 Charges (F004277-4280; 4283) |
| 52 | | | | | Invoice Document regarding January 2001 Charges (F 003858-3861) |
| 53 | | | | | Invoice Document regarding February 2001 Charges (F 003521-3523; 3533) |
| 54 | | | | | Invoice Document regarding March 2001 Charges (F 003337-3339; 3342) |
| 55 | | | | | Invoice Document regarding April 2001 Charges (F 003268-3270) |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 56 | | | | | Invoice Document regarding May 2001 Charges (F 005293-5295) |
| 57 | | | | | Invoice Document regarding June 2001 Charges (F 005296-5299) |
| 58 | | | | | Invoice Document regarding July 2001 Charges (F 005300-5303) |
| 59 | | | | | Invoice Document regarding August 2001 Charges (F 005304-5307) |
| 60 | | | | | Invoice Document regarding September 2001 Charges (F 005308-5310) |
| 61 | | | | | Group Exhibit: Wal-Mart Invoice Payments (F 004232; 4234; 4236-4238; 4240-4243; 4246; 4249; 4251) |
| 62 | | | | | Fulfillment Services Agreement Section 1(a): Services (F 000414) |
| 63 | | | | | Fulfillment Services Agreement Section 5: Term and Termination (F 000417) |
| 64 | | | | | Fulfillment Services Agreement Section 4(a): Company Business Plan (F 000416) |
| 65 | | | | | Fulfillment Services Agreement: Schedule B Company Business Plan (F 000441-442) |
| 66 | | | | | Fulfillment Services Agreement Section 2(a): Compensation (F 000414) |
| 67 | | | | | Fulfillment Services Agreement: Minimum Services Fees (F 000435) |
| 68 | | | | | Fulfillment Services Agreement: Forecast Package Volume (F 000436-437) |
| 69 | | | | | Fulfillment Services Agreement: Package Fulfillment Fees (F 000431) |
| 70 | | | | | Diagram: Western Distribution Center |
| 71 | | | | | Illustrative: Total Estimated Number of Parcels to be Shipped Per Forecast (b) |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Federated Corporate Services, Inc. reserves the right to offer any deposition exhibit in connection with any deposition testimony introduced into evidence. In addition, Federated Corporate Services, Inc. anticipates using enlargements at trial of some of the above identified Exhibits and further anticipates using various demonstrative Exhibits and including the creation of demonstrative exhibits at trial. Federated Corporate Services, Inc. also reserves the right to designate additional Exhibits in response to Defendant's Exhibit List and as part of any rebuttal evidence or in response to developments prior to and during trial. Further, Federated Corporate Services, Inc. reserves the right to offer any admissible Exhibit on Defendant's Exhibit List. Finally, Federated Corporate Services, Inc. reserves the right to offer additional Exhibits for impeachment and refutation of evidence.

Respectfully submitted,

Dated: November 4, 2004

**OPPENHEIMER WOLFF & DONNELLY LLP**

s/ Edward M. Laine
Edward M. Laine, #59,535
Katherine M. Wilhoit, #0313853
Plaza VII, Suite 3300
45 South Seventh Street
Minneapolis, MN 55402-1609
Telephone: (612) 607-7000
Facsimile: (612) 607-7100
E-mail: elaine@oppenheimer.com
E-Mail: kwilhoit@oppenheimer.com