**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Federated Corporate Services, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>Wal-Mart.com, Inc.,<br><br>Defendant. | Case No: 01-cv-1261 (JNE/JSM) |

**CERTIFICATE OF SERVICE**

I hereby certify that on the 4th day of November, 2004, I caused the following

Federated Corporate Services, Inc.'s Amended Exhibit List

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the within named counsel:

**Angela Michele Hall**
hall.angela@dorsey.com

**Perry Morton Wilson**
wilson.perry@dorseylaw.com

Dated: November 4, 2004.

s/ Edward M. Laine
Edward M. Laine
Attorneys for Plaintiff, Fingerhut Business Services, Inc.

**OPPENHEIMER WOLFF & DONNELLY LLP**
3300 Plaza VII Building
45 South Seventh Street
Minneapolis, Minnesota 55402
Telephone: (612) 607-7000
Fax Telephone: (612) 607-7100
Email: ghansen@oppenheimer.com