UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Fingerhut Business Services, Inc.,

Plaintiff,

v.

Wal-Mart.com, Inc.,

Defendant.

Civil File No. 01-CV-1261 JNE/JSM

**WAL-MART.COM, INC.'S SUPPLEMENTAL PROPOSED JURY INSTRUCTION**

Pursuant to Local Rule 39.1 (b)(2)(B) Defendant Wal-Mart.com, Inc. submits its supplemental proposed jury instruction.

Date: November 12, 2004

DORSEY & WHITNEY LLP

By *s/Perry M. Wilson, III*
Perry M. Wilson III (#12302X)
Angela M. Hall (#0311066)
50 South Sixth Street, Suite 1500
Minneapolis, Minnesota 55402
Telephone: (612) 340-2600

Attorneys for Defendant Wal-Mart.com, Inc.

**JURY INSTRUCTION 12**

**DEFENDANT'S SUPPLEMENTAL INSTRUCTION REGARDING COVENANT OF GOOD FAITH AND FAIR DEALING**[1]

The law implies a covenant of good faith and fair dealing into the performance of every contract. This encompasses any promises that a reasonable person in the position of the promisee, in this case Federated, would be justified in understanding were included in the terms of the contract. Where the exercise of discretion by one of the parties is involved, that party may not act arbitrarily or irrationally to deprive the other party of the benefits it is entitled to under the contract. Since the covenant of good faith and fair dealing is implied, there can be no obligation created that is inconsistent with the express terms of the contract. Just because Walmart.com's actions might negatively impact Federated, that does not establish a breach of the covenant of good faith and fair dealing. The express terms of the contract control, if they apply to the situation among the parties, even though they may favor one party over the other party.

---

*Dalton v. Educational Testing Service*, 663 N.E.2d 289, 292 (N.Y. 1995); *see also Van Valkenburgh, Nooger & Neville, Inc. v. Hayden Publishing Company, Inc. et al.*, 281 N.E.2d 142, 145 (N.Y. 1972).

---

[1] Walmart.com is submitting this instruction in light of the Court's Order dated November 10, 2004 denying its motion in limine regarding the claim of breach of the covenant of good faith and fair dealing. Walmart.com maintains its position that Plaintiff has no such claim because it was not pled in the Complaint and as a matter of law and fact.