**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Federated Corporate Services, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>Wal-Mart.com, Inc.,<br><br>Defendant. | Civil File No. 01-CV-1261 JNE/JSM<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

It is hereby stipulated by and between the parties to the above-captioned matter, that this action shall be and hereby is dismissed on the merits and with prejudice. Each party shall be responsible for its own costs, disbursements and attorneys' fees.

Dated: December 7, 2004

**DORSEY & WHITNEY LLP**

By *s/Perry M. Wilson, III*

Perry M. Wilson III (#012302X)
Angela M. Hall (#311066)
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600

**ATTORNEYS FOR DEFENDANT WAL-MART.COM, INC.**

Dated: December 2, 2004

**OPPENHEIMER WOLFF & DONNELLY LLP**

By *s/Edward M. Laine*

Edward M. Laine (#59535)
Katherine M. Wilhoit (#313853)
3300 Plaza VII Building
45 South Seventh Street
Minneapolis, Minnesota 55402
Telephone: (612) 607-7000
Fax Telephone: (612) 607-7100

**ATTORNEYS FOR PLAINTIFF FEDERATED CORPORATE SERVICES, INC.**